KAMALA D. HARRIS
Attorney General of California
LANCE E. WINTERS
Senior Assistant Attorney General
A. SCOTT HAYWARD
Deputy Attorney General
THERESA A. PATTERSON (Bar No. 185407)
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 620-6004
  Fax:  (213) 897-6496
  E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

HILARY L. POTASHNER
Acting Federal Public Defender
K. ELIZABETH DAHLSTROM (Bar No. 228552)
Deputy Federal Public Defender
ROSE D. ANGULO (Bar No. 261992)
Deputy Federal Public Defender
  411 West Fourth Street, Suite 7110
  Santa Ana, CA 92701
  Telephone:  (714) 338-4500
  Fax:  (714) 338-4520
  E-mail:  Rose_angulo@fd.org

JAY L. LICHTMAN (Bar No. 73399)
  137 N. Larchmont Blvd., #538
  Los Angeles, CA 90004
  Telephone:  (213) 568-0984
  Fax:  (213) 568-4761
  E-mail:  jaylawla@aol.com
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT FORREST COLLINS,**<br><br>Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,**<br><br>Respondent. | CV 13-7334-JFW<br><br>**CAPITAL CASE**<br><br>**[PROPOSED] STIPULATED BRIEFING SCHEDULE RE EXHAUSTION**<br><br>The Honorable John F. Walter<br>United States District Judge |

1

On September 24, 2014, Petitioner filed a Petition for Writ of Habeas Corpus in this Court. In compliance with applicable local rules, counsel for the parties have been conferring concerning the issue of exhaustion of claims. While that process continues, the parties are in agreement that at least some claims in the Petition are unexhausted. It is Petitioner's intent to move to stay these proceedings pursuant to *Rhines v. Weber*, 544 U.S. 269, 277-78, 125 Ct. 1528, 161 L. Ed. 2d 440 (2005), while he returns to state court to file an exhaustion petition. Accordingly, the parties jointly propose the following litigation schedule concerning exhaustion of claims:

(1) On or before October 30, 2014, counsel for Respondent shall provide counsel for Petitioner with a list of claims believed to be unexhausted.

(2) On or before November 4, 2014, the parties shall file a Joint Statement Re Exhaustion, indicating: (a) which claims the parties agree have been fairly presented to the California Supreme Court; (b) which claims the parties agree have not been fairly presented to the California Supreme Court; and (c) which claims on which the parties disagree whether the claim has been fairly presented to the California Supreme Court. To the extent the parties disagree on the exhausted status of certain claims, legal argument, with citation to authority, will be included in the joint filing, so as to eliminate the need for filing a redundant motion on the issue of exhaustion.

(3) If the parties are in complete agreement as to which claims have and have not been fairly presented to the California Supreme Court, Petitioner shall file his *Rhines* Motion on the same date as the Joint Statement Re Exhaustion.

(4) If the parties are in disagreement as to which claims have and have not been fairly presented to the California Supreme Court, Petitioner will file his *Rhines* motion prior to, or within thirty days of, this Court's ruling on the exhaustion issue. Regular local and court rules governing motion practice shall control dates for any opposition and optional reply. The parties are willing to waive

2

1  argument on both exhaustion and the *Rhines* motion unless this Court determines

2  that oral argument will be helpful.

3  Dated:  October 22, 2014                    Respectfully submitted,

4                                               KAMALA D. HARRIS
                                                Attorney General of California
5                                               LANCE E. WINTERS
                                                Senior Assistant Attorney General
6                                               A. SCOTT HAYWARD
                                                Deputy Attorney General
7

8

9                                               /s/ Theresa A. Patterson
                                                THERESA A. PATTERSON
10                                              Deputy Attorney General
                                                *Attorneys for Respondent*
11

12

13                                              HILARY L. POTASHNER
                                                Federal Public Defender
14                                              K. ELIZABETH DAHLSTROM
                                                Deputy Federal Public Defender
15

16                                              /s/ Rose D. Angulo
                                                ROSE D. ANGULO
17                                              Deputy Federal Public Defender
                                                *Attorneys for Petitioner*
18

19

20  LA2013610164
     61400360.doc
21

22

23

24

25

26

27

28

3

# CERTIFICATE OF SERVICE

Case Name:   **Scott Forrest Collins v. Kevin Chappell, Warden**   No.  **CV 13-7334-JFW**

I hereby certify that on October 22, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## [PROPOSED] STIPULATED BRIEFING SCHEDULE RE EXHAUSTION

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 22, 2014, at Los Angeles, California.

|  |  |
|---|---|
| J. Villegas | _/ s / J. VillegaS_ |
| Declarant | Signature |

LA2013610164
61402634.doc