1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **SCOTT FORREST COLLINS,** | Case No. CV 13-7334-JFW |
| Petitioner, | **CAPITAL CASE** |
| **v.** | **ORDER** |
| **KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,** | |
| Respondent. | |

18

19         In accordance with the Stipulated Briefing Schedule Re Exhaustion, filed by

20     the parties on October 22, 2014, it is hereby ordered that the following briefing

21     schedule will remain in effect for purposes of litigating issues of exhaustion and

22     Petitioner's request for a stay of the proceedings:

23         (1)  On or before October 30, 2014, counsel for Respondent shall provide

24     counsel for Petitioner with a list of claims believed to be unexhausted.

25         (2)  On or before November 4, 2014, the parties shall file a Joint Statement Re

26     Exhaustion, indicating: (a) which claims the parties agree have been fairly

27     presented to the California Supreme Court; (b) which claims the parties agree have

28     not been fairly presented to the California Supreme Court; and (c) which claims on

1

1   which the parties disagree whether the claim has been fairly presented to the

2   California Supreme Court.  To the extent the parties disagree on the exhausted

3   status of certain claims, legal argument, with citation to authority, will be included

4   in the joint filing, so as to eliminate the need for filing a redundant motion on the

5   issue of exhaustion.

6       (3)  If the parties are in complete agreement as to which claims have and have

7   not been fairly presented to the California Supreme Court, Petitioner shall file his

8   motion to stay the proceedings pursuant to *Rhines v. Weber*, 544 U.S. 269, 277-78,

9   125 Ct. 1528, 161 L. Ed. 2d 440 (2005), on the same date as the Joint Statement Re

10  Exhaustion.

11      (4)  If the parties are in disagreement as to which claims have and have not

12  been fairly presented to the California Supreme Court, Petitioner will file his

13  *Rhines* motion prior to, or within thirty days of, this Court's ruling on the

14  exhaustion issue.  Regular local and court rules governing motion practice shall

15  control dates for any opposition and optional reply.

16      The exhaustion and *Rhines* matters shall be deemed submitted based on the

17  filings, unless the Court determines oral argument will be helpful.  In that case, the

18  Court will set the matter for hearing.

19

20  Dated:  October 30, 2014                                                    _____

                                                                              The Honorable John F. Walter
21                                                                            United States District Judge

22

23

24

25

26

27  LA2013610164
    61402279.doc

28

2